# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | CASE NO. 24-10354-JCM |
| | : | |
| Carmen M. Laufer, | : | CHAPTER 13 |
| Debtor | : | |
| | : | |

## PAYMENT ADVICES FOR THE PRIOR SIXTY (60) DAYS (PROOF OF INCOME)

**DATES OF ENCLOSED PAYMENT ADVICES:**

April 27, 2024 – June 28, 2024

**Next Payment Advice Expected (post-filing):**

July 5, 2024

C.C.               **LAUFER, CARMEN**

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | CASE NO. 24-10354-JCM |
| | : | |
| Carmen M. Laufer, | : | CHAPTER 13 |
| Debtor | : | |
| | : | |

## VERIFICATION REGARDING PROOF OF INCOME

I, Carmen M. Laufer, hereby state as follows:

1.) I am employed by Equus Workforce Solutions where I bring home an average of $2,573.04 per month.
2.) I am also employed by Marmaxx Operating Corp part-time where I bring home an average of $534.71 per month.
3.) I was required to file 2022 – 2023 tax returns; therefore, I have provided the same to the Trustee.
4.) I have submitted to the Trustee proof of income from all sources I have in my possession.

    I declare under penalty of perjury that I have read the foregoing Statement, and it is true and correct to the best of my knowledge, information, and belief.

Date: July 15, 2024             /s/ Carmen M. Laufer
                                                      Debtor

| CO. | FILE | DEPT. | CLOCK | NUMBER | |
|---|---|---|---|---|---|
| | | | | 1 | |

# Earnings Statement



ARBOR E & T LLC
9200 SHELBYVILLE ROAD
SUITE 210
LOUISVILLE, KY 40222

Period Beginning: 04/27/2024
Period Ending:   05/10/2024
Pay Date:        05/17/2024

Filing Status: Single/Married filing separately
Exemptions/Allowances:
   Federal: Standard Withholding Table

CARMEN LAUFER
1325 POWELL AVE
ERIE PA 16505

**Earnings**

| | rate | hours | this period | year to date |
|---|---|---|---|---|
| Regular | 21.0000 | 64.00 | 1,344.00 | 1,344.00 |
| Gross Pay | | | $1,344.00 | 1,344.00 |

**Deductions**  Statutory

| | this period | year to date |
|---|---|---|
| Federal Income Tax | -84.98 | 84.98 |
| Social Security Tax | -83.33 | 83.33 |
| Medicare Tax | -19.49 | 19.49 |
| PA State Income Tax | -41.26 | 41.26 |
| Erie City Income Tax | -22.18 | 22.18 |
| Erie City Local Svc Tax | -2.00 | 2.00 |
| PA SUI Tax | -0.94 | 0.94 |

Net Pay     $1,089.82

Net Check   $1,089.82

**Other Benefits and Information**

| | this period | total to date |
|---|---|---|
| 401K MAX EL | 1,344.00 | 1,344.00 |
| Totl Hrs Worked | 64.00 | |

**Deposits**
Account No.
Transit/ABA                                    x:
Pending

**Important Notes**
COMPANY PH#: 502-362-7772

BASIS OF PAY: HOURLY

YOUR BANK WAS NOTIFIED OF YOUR REQUEST FOR DIRECT
DEPOSIT. IT WILL BEGIN AFTER ACCOUNT VERIFICATION.

Your federal taxable wages this period are
$1,344.00

© 2000 ADP, Inc.

---

ARBOR E & T LLC
9200 SHELBYVILLE ROAD
SUITE 210
LOUISVILLE, KY 40222

KH6                                              60-162/433
Payroll check number: 0024971280
Pay date:             05/17/2024

Pay to the order of: **CARMEN LAUFER**

This amount: ONE THOUSAND EIGHTY NINE AND 82/100 DOLLARS     $1089.82

ASSISTANCE WITH VERIFICATION AVAILABLE AT 877-423-7243
VOID NON-NEGOTIABLE    VOID NON-NEGOTIABLE
VOID AFTER 180 DAYS




THIS IS NOT A CHECK

# Earnings Statement

**ADP**

| CO. | FILE | DEPT | CLOCK | VCHR NO. |
|---|---|---|---|---|

ARBOR E & T LLC
9200 SHELBYVILLE ROAD
SUITE 210
LOUISVILLE, KY 40222

Period Beginning: 05/11/2024
Period Ending: 05/24/2024
Pay Date: 05/31/2024

CARMEN LAUFER
1325 POWELL AVE
ERIE PA 16505

Filing Status: Single/Married filing separately
Exemptions/Allowances:
    Federal: Standard Withholding Table

| Earnings | rate | hours | this period | year to date |
|---|---|---|---|---|
| Regular | 21.0000 | 80.00 | 1,680.00 | 3,024.00 |
| Overtime | 31.5000 | 3.50 | 110.25 | 110.25 |
| **Gross Pay** | | | **$1,790.25** | 3,134.25 |

| Other Benefits and Information | this period | total to date |
|---|---|---|
| 401K MAX EL | 1,790.25 | 3,134.25 |
| Totl Hrs Worked | 83.50 | |

| Deductions | Statutory | | |
|---|---|---|---|
| | Federal Income Tax | -138.53 | 223.51 |
| | Social Security Tax | -110.99 | 194.32 |
| | Medicare Tax | -25.96 | 45.45 |
| | PA State Income Tax | -54.96 | 96.22 |
| | Erie City Income Tax | -29.54 | 51.72 |
| | Erie City Local Svc Tax | -2.00 | 4.00 |
| | PA SUI Tax | -1.25 | 2.19 |
| **Net Pay** | | **$1,427.02** | |
| Checking 1 | | -1,427.02 | |
| **Net Check** | | **$0.00** | |

**Important Notes**
COMPANY PH#: 502-362-7772

BASIS OF PAY: HOURLY

Your federal taxable wages this period are $1,790.25

© 2000 ADP, Inc.

---

ARBOR E & T LLC
9200 SHELBYVILLE ROAD
SUITE 210
LOUISVILLE, KY 40222

Advice number: 00000220190
Pay date: 05/31/2024

Deposited to the account of
CARMEN LAUFER

| account number | transit ABA | amount |
|---|---|---|
| | xxxx xxxx | $1,427.02 |

THIS IS NOT A CHECK

**NON-NEGOTIABLE**

## Earnings Statement 

| CO. | FILE | DEPT. | CLOCK | VCHR. NO. |
|---|---|---|---|---|

ARBOR  E & T LLC
9200 SHELBYVILLE  ROAD
SUITE  210
LOUISVILLE,  KY 40222

Period Beginning:   05/25/2024
Period Ending:      06/07/2024
Pay Date:           06/14/2024

CARMEN  LAUFER
1325  POWELL  AVE
ERIE  PA  16505

Filing Status: Single/Married  filing separately
Exemptions/Allowances:
  Federal: Standard Withholding Table

| Earnings | rate | hours | this period | year to date |
|---|---|---|---|---|
| Regular | 21.0000 | 70.00 | 1,470.00 | 4,494.00 |
| HOLIDAY | 21.0000 | 8.00 | 168.00 | 168.00 |
| Pto | 21.0000 | 2.00 | 42.00 | 42.00 |
| Overtime | | | | 110.25 |
| **Gross Pay** | | | **$1,680.00** | 4,814.25 |

| Deductions | Statutory | | |
|---|---|---|---|
| | Federal Income Tax | -125.30 | 348.81 |
| | Social Security Tax | -104.16 | 298.48 |
| | Medicare Tax | -24.36 | 69.81 |
| | PA State Income Tax | -51.58 | 147.80 |
| | Erie City Income Tax | -27.72 | 79.44 |
| | Erie City Local Svc Tax | -2.00 | 6.00 |
| | PA SUI Tax | -1.18 | 3.37 |
| **Net Pay** | | **$1,343.70** | |
| | Checking 1 | -1,343.70 | |
| **Net Check** | | **$0.00** | |

| Other Benefits and Information | this period | total to date |
|---|---|---|
| Pto | 10.93 | |
| 401K MAX EL | 1,680.00 | 4,814.25 |
| Totl Hrs Worked | 70.00 | |

**Important Notes**
COMPANY  PH#: 502-362-7772

BASIS OF PAY: HOURLY

Your federal taxable wages this period are
$1,680.00

© 2000 ADP, Inc.

ARBOR  E & T LLC
9200 SHELBYVILLE  ROAD
SUITE  210
LOUISVILLE,  KY  40222

Advice number:    00000240191
Pay date:         06/14/2024

Deposited  to the account  of
CARMEN  LAUFER

| account  number | transit  ABA | amount |
|---|---|---|
| xxxx xxxx xxxx | xxxx  xxxx | $1,343.70 |



**NON-NEGOTIABLE**

| CO. | FILE | DEPT. | CLOCK | VCHR. NO. |
|---|---|---|---|---|
| | | | | 1 |

# Earnings Statement 

ARBOR E & T LLC
9200 SHELBYVILLE ROAD
SUITE 210
LOUISVILLE, KY 40222

Period Beginning: 06/08/2024
Period Ending: 06/21/2024
Pay Date: 06/28/2024

Filing Status: Single/Married filing separately
Exemptions/Allowances:
  Federal: Standard Withholding Table

CARMEN LAUFER
1325 POWELL AVE
ERIE PA 16505

| **Earnings** | rate | hours | this period | year to date |
|---|---|---|---|---|
| Regular | 21.0000 | 74.00 | 1,554.00 | 6,048.00 |
| HOLIDAY | 21.0000 | 8.00 | 168.00 | 336.00 |
| Overtime | | | | 110.25 |
| Pto | | | | 42.00 |
| **Gross Pay** | | | **$1,722.00** | 6,536.25 |

Your federal taxable wages this period are $1,599.18

| **Deductions** | **Statutory** | | |
|---|---|---|---|
| | Federal Income Tax | -115.60 | 464.41 |
| | Social Security Tax | -99.15 | 397.63 |
| | Medicare Tax | -23.18 | 92.99 |
| | PA State Income Tax | -49.09 | 196.89 |
| | Erie City Income Tax | -26.39 | 105.83 |
| | Erie City Local Svc Tax | -2.00 | 8.00 |
| | PA SUI Tax | -1.21 | 4.58 |
| | **Other** | | |
| | Dental | -7.32* | 7.32 |
| | Health Savings | -5.00* | 5.00 |
| | Medical | -106.68* | 106.68 |
| | Std | -6.10 | 6.10 |
| | Vision | -3.82* | 3.82 |
| **Net Pay** | | **$1,276.46** | |
| Checking 1 | | -1,276.46 | |
| **Net Check** | | **$0.00** | |

| Other Benefits and Information | this period | total to date |
|---|---|---|
| Pto | 15.66 | |
| 401K MAX EL | 1,722.00 | 6,536.25 |
| Totl Hrs Worked | 74.00 | |

**Important Notes**
COMPANY PH#: 502-362-7772

BASIS OF PAY: HOURLY

* Excluded from federal taxable wages

© 2000 ADP, Inc.

---

ARBOR E & T LLC
9200 SHELBYVILLE ROAD
SUITE 210
LOUISVILLE, KY 40222

Advice number: 00000260193
Pay date: 06/28/2024

Deposited to the account of
CARMEN LAUFER

| account number | transit ABA | amount |
|---|---|---|
| xxxxx0045 | XXXX XXXX | $1,276.46 |

THIS IS NOT A CHECK

# NON-NEGOTIABLE

CO:                  000000-000000
                     0476 Cost Center 3121

 **Marshalls.**

Marmaxx Operating Corp
770 Cochituate Road
PO Box 9146
Framingham, MA 01701

# Earnings Statement

Page 001 of 001
Period Beg/End:    04/28/2024 - 05/04/2024
Advice Date:       05/10/2024
Advice Number:     9241440650

Laufer, Carmen M
1325 Powell Ave
Erie, PA 16505

**For inquiries on this statement please call: 508-390-1000**
Total Hours Worked:     14.18
Basis of Pay:           Hourly

|  | Rate | Hours | This Period | YTD |
|---|---|---|---|---|
| **Earnings** | | | | |
| Holiday | | 0.00 | 0.00 | 101.92 |
| TJX Time Entry | 12.74 | 14.18 | 180.66 | 2961.62 |
| Gross Pay | | | 180.66 | 3063.54 |
| **Tax Deductions** | | | | |
| Federal Tax | | | 0.00 | 50.65 |
| Millcreek Township | | | 0.90 | 15.31 |
| OPT Summit Twp | | | 1.00 | 18.00 |
| PA SD Millcreek | | | 0.90 | 15.31 |
| PA Unemployment | | | 0.12 | 2.14 |
| Social Security | | | 11.20 | 189.94 |
| Medicare | | | 2.62 | 44.42 |
| PA State Tax | | | 5.55 | 94.06 |
| Total Tax Deductions | | | 22.29 | 429.83 |

|  | This Period | YTD |
|---|---|---|
| **Additional Deductions** | | |
| United Way | 0.00 | 10.00 |
| Total Deductions | 0.00 | 10.00 |
| **Net Pay** | 158.37 | 2623.71 |

| Benefit Time | Balance | Use By |
|---|---|---|
| Vacation Hrs | 0.00 | 20-NOV-24 |
| Floating/Personal Hrs | 12.00 | 20-NOV-24 |
| Sick Hrs | 0.00 | |
| QTD Benefits Avg Hrs | 20.31 | |

*Excluded from taxable wages

© 2002 Automatic Data Processing (PCSUVC)

---

 **Marshalls.**

Marmaxx Operating Corp
770 Cochituate Road
PO Box 9146
Framingham, MA 01701

Advice Number:    9241440650
Advice Date:      05/10/2024

**THIS IS NOT A CHECK**

**Deposited to the account of**
Laufer, Carmen M

Account Number    Checking

Transit ABA       243380875

Amount            $158.37



Div 110 Loc 0476 Cost Center 3121

**Marmaxx Operating Corp**
770 Cochituate Road
PO Box 9146
Framingham, MA 01701

# Earnings Statement

Page 001 of 001
Period Beg/End: 05/05/2024 - 05/11/2024
Advice Date: 05/17/2024
Advice Number: 9336856877

Laufer, Carmen M
1325 Powell Ave
Erie, PA 16505

**For inquiries on this statement please call: 508-390-1000**
Total Hours Worked: 16.55
Basis of Pay: Hourly

|  | Rate | Hours | This Period | YTD |
|---|---|---|---|---|
| **Earnings** | | | | |
| Holiday | | 0.00 | 0.00 | 101.92 |
| TJX Time Entry | 12.74 | 16.55 | 210.86 | 3172.48 |
| Gross Pay | | | 210.86 | 3274.40 |
| **Tax Deductions** | | | | |
| Federal Tax | | | 0.03 | 50.68 |
| Millcreek Township | | | 1.05 | 16.36 |
| OPT Summit Twp | | | 1.00 | 19.00 |
| PA SD Millcreek | | | 1.05 | 16.36 |
| PA Unemployment | | | 0.15 | 2.29 |
| Social Security | | | 13.07 | 203.01 |
| Medicare | | | 3.06 | 47.48 |
| PA State Tax | | | 6.47 | 100.53 |
| Total Tax Deductions | | | 25.88 | 455.71 |

|  | This Period | YTD |
|---|---|---|
| **Additional Deductions** | | |
| United Way | 0.00 | 10.00 |
| Total Deductions | 0.00 | 10.00 |
| **Net Pay** | 184.98 | 2808.69 |

| **Benefit Time** | **Balance** | **Use By** |
|---|---|---|
| Vacation Hrs | 0.00 | 20-NOV-24 |
| Floating/Personal Hrs | 12.00 | 20-NOV-24 |
| Sick Hrs | 0.00 | |
| QTD Benefits Avg Hrs | 19.68 | |

*Excluded from taxable wages

© 2002 Automatic Data Processing (PCSUVO)

Marmaxx Operating Corp
770 Cochituate Road
PO Box 9146
Framingham, MA 01701

Advice Number: 9336856877
Advice Date: 05/17/2024

**THIS IS NOT A CHECK**

**Deposited to the account of**
Laufer, Carmen M         Checking

| Account Number | Transit ABA | Amount |
|---|---|---|
|  | 243380875 | $184.98 |



```
CO:                    000000-000000
PCSHJ1
Div
```

**Marmaxx Operating Corp**
770 Cochituate Road
PO Box 9146
Framingham, MA 01701

## Earnings Statement

| | |
|---|---|
| | Page 001 of 001 |
| Period Beg/End: | 05/12/2024 - 05/18/2024 |
| Advice Date: | 05/24/2024 |
| Advice Number: | 9398801568 |

Laufer, Carmen M
1325 Powell Ave
Erie, PA 16505

For inquiries on this statement please call: 508-390-1000
Total Hours Worked:    9.14
Basis of Pay:    Hourly

| | Rate | Hours | This Period | YTD |
|---|---|---|---|---|
| **Earnings** | | | | |
| Holiday | | 0.00 | 0.00 | 101.92 |
| TJX Time Entry | 12.74 | 9.14 | 116.46 | 3288.94 |
| Gross Pay | | | 116.46 | 3390.86 |
| **Tax Deductions** | | | | |
| Federal Tax | | | 0.00 | 50.68 |
| Millcreek Township | | | 0.58 | 16.94 |
| OPT Summit Twp | | | 1.00 | 20.00 |
| PA SD Millcreek | | | 0.58 | 16.94 |
| PA Unemployment | | | 0.08 | 2.37 |
| Social Security | | | 7.22 | 210.23 |
| Medicare | | | 1.69 | 49.17 |
| PA State Tax | | | 3.58 | 104.11 |
| Total Tax Deductions | | | 14.73 | 470.44 |

| | This Period | YTD |
|---|---|---|
| **Additional Deductions** | | |
| United Way | 0.00 | 10.00 |
| Total Deductions | 0.00 | 10.00 |
| Net Pay | 101.73 | 2910.42 |

| Benefit Time | Balance | Use By |
|---|---|---|
| Vacation Hrs | 0.00 | 20-NOV-24 |
| Floating/Personal Hrs | 12.00 | 20-NOV-24 |
| Sick Hrs | 0.00 | |
| QTD Benefits Avg Hrs | 18.17 | |

*Excluded from taxable wages

© 2002 Automatic Data Processing (PCSUV0)

---

**Marmaxx Operating Corp**
770 Cochituate Road
PO Box 9146
Framingham, MA 01701

| Advice Number: | 9398801568 |
|---|---|
| Advice Date: | 05/24/2024 |

**THIS IS NOT A CHECK**

| Deposited to the account of | Account Number | Transit ABA | Amount |
|---|---|---|---|
| Laufer, Carmen M | Checking | 243380875 | $101.73 |

**TJX | Marshalls.**

Marmaxx Operating Corp
770 Cochituate Road
PO Box 9146
Framingham, MA 01701

# Earnings Statement

Page 001 of 001
Period Beg/End: 05/19/2024 - 05/25/2024
Advice Date: 05/31/2024
Advice Number: 9494961450

Laufer, Carmen M
1325 Powell Ave
Erie, PA 16505

For inquiries on this statement please call: 508-390-1000
Total Hours Worked: 8.59
Basis of Pay: Hourly

|  | Rate | Hours | This Period | YTD |
|---|---|---|---|---|
| **Earnings** |  |  |  |  |
| Holiday |  | 0.00 | 0.00 | 101.92 |
| TJX Time Entry | 12.74 | 8.59 | 109.45 | 3398.39 |
| Gross Pay |  |  | 109.45 | 3500.31 |
| **Tax Deductions** |  |  |  |  |
| Federal Tax |  |  | 0.00 | 50.68 |
| Millcreek Township |  |  | 0.55 | 17.49 |
| OPT Summit Twp |  |  | 1.00 | 21.00 |
| PA SD Millcreek |  |  | 0.55 | 17.49 |
| PA Unemployment |  |  | 0.08 | 2.45 |
| Social Security |  |  | 6.79 | 217.02 |
| Medicare |  |  | 1.58 | 50.75 |
| PA State Tax |  |  | 3.36 | 107.47 |
| Total Tax Deductions |  |  | 13.91 | 484.35 |

|  | This Period | YTD |
|---|---|---|
| **Additional Deductions** |  |  |
| United Way | 0.00 | 10.00 |
| Total Deductions | 0.00 | 10.00 |
| Net Pay | 95.54 | 3005.96 |

| Benefit Time | Balance | Use By |
|---|---|---|
| Vacation Hrs | 0.00 | 20-NOV-24 |
| Floating/Personal Hrs | 12.00 | 20-NOV-24 |
| Sick Hrs | 0.00 |  |
| QTD Benefits Avg Hrs | 16.98 |  |

*Excluded from taxable wages

© 2002 AutomaticData Processing (PCNUVO)

---

**TJX | Marshalls.**

Marmaxx Operating Corp
770 Cochituate Road
PO Box 9146
Framingham, MA 01701

Advice Number: 9494961450
Advice Date: 05/31/2024

**THIS IS NOT A CHECK**

Deposited to the account of
Laufer, Carmen M

Account Number    Transit ABA    Amount
Checking          243380875      $95.54

# TJX | Marshalls.

Marmaxx Operating Corp
770 Cochituate Road
PO Box 9146
Framingham, MA 01701

## Earnings Statement

Page 001 of 001
Period Beg/End: 05/26/2024 - 06/01/2024
Advice Date: 06/07/2024
Advice Number: 9590319761

Laufer, Carmen M
1325 Powell Ave
Erie, PA 16505

For inquiries on this statement please call: 508-390-1000
Total Hours Worked:   8.70
Basis of Pay:   Hourly

| | Rate | Hours | This Period | YTD |
|---|---|---|---|---|
| **Earnings** | | | | |
| Holiday | | 0.00 | 0.00 | 101.92 |
| TJX Time Entry | 13.25 | 8.70 | 115.29 | 3513.68 |
| Gross Pay | | | 115.29 | 3615.60 |
| **Tax Deductions** | | | | |
| Federal Tax | | | 0.00 | 50.68 |
| Millcreek Township | | | 0.58 | 18.07 |
| OPT Summit Twp | | | 1.00 | 22.00 |
| PA SD Millcreek | | | 0.58 | 18.07 |
| PA Unemployment | | | 0.08 | 2.53 |
| Social Security | | | 7.15 | 224.17 |
| Medicare | | | 1.68 | 52.43 |
| PA State Tax | | | 3.54 | 111.01 |
| Total Tax Deductions | | | 14.61 | 498.96 |

| | This Period | YTD |
|---|---|---|
| **Additional Deductions** | | |
| United Way | 0.00 | 10.00 |
| Total Deductions | 0.00 | 10.00 |
| **Net Pay** | 100.68 | 3106.64 |

| **Benefit Time** | Balance | Use By |
|---|---|---|
| Vacation Hrs | 0.00 | 20-NOV-24 |
| Floating/Personal Hrs | 12.00 | 20-NOV-24 |
| Sick Hrs | 0.00 | |
| QTD Benefits Avg Hrs | 16.06 | |

Rate of Pay change effective 05/26/24

*Excluded from taxable wages

© 2002 Automatic Data Processing (PCSUV0)

---

# TJX | Marshalls.

Marmaxx Operating Corp
770 Cochituate Road
PO Box 9146
Framingham, MA 01701

Advice Number:  9590319761
Advice Date:    06/07/2024

**THIS IS NOT A CHECK**

**Deposited to the account of**
Laufer, Carmen M

Account Number   Transit ABA   Amount
Checking         243380875     $100.68



**TJX / Marshalls**

Marmaxx Operating Corp
770 Cochituate Road
PO Box 9146
Framingham, MA 01701

# Earnings Statement

Page 001 of 001
Period Beg/End:  06/02/2024 - 06/08/2024
Advice Date:     06/14/2024
Advice Number:   9686112991

Laufer, Carmen M
1325 Powell Ave
Erie, PA 16505

**For inquiries on this statement please call: 508-390-1000**
Total Hours Worked:    8.33
Basis of Pay:          Hourly

| Earnings | Rate | Hours | This Period | YTD |
|---|---|---|---|---|
| Holiday | | 0.00 | 0.00 | 101.92 |
| TJX Time Entry | 13.25 | 8.33 | 110.38 | 3624.06 |
| Gross Pay | | | 110.38 | 3726.98 |

| Tax Deductions | This Period | YTD |
|---|---|---|
| Federal Tax | 0.00 | 50.68 |
| Millcreek Township | 0.55 | 18.62 |
| OPT Summit Twp | 1.00 | 23.00 |
| PA SD Millcreek | 0.55 | 18.62 |
| PA Unemployment | 0.08 | 2.61 |
| Social Security | 6.84 | 231.01 |
| Medicare | 1.60 | 54.03 |
| PA State Tax | 3.39 | 114.40 |
| Total Tax Deductions | 14.01 | 512.97 |

| Additional Deductions | This Period | YTD |
|---|---|---|
| United Way | 0.00 | 10.00 |
| Total Deductions | 0.00 | 10.00 |
| Net Pay | 96.37 | 3203.01 |

| Benefit Time | Balance | Use By |
|---|---|---|
| Vacation Hrs | 0.00 | 20-NOV-24 |
| Floating/Personal Hrs | 12.00 | 20-NOV-24 |
| Sick Hrs | 0.00 | |
| QTD Benefits Avg Hrs | 15.28 | |

*Excluded from taxable wages

© 2002 Automatic Data Processing (PCSUVO)

---

**TJX / Marshalls**

Marmaxx Operating Corp
770 Cochituate Road
PO Box 9146
Framingham, MA 01701

Advice Number:   9686112991
Advice Date:     06/14/2024



THIS IS NOT A CHECK

**Deposited to the account of**        Account Number    Transit ABA       Amount
Laufer, Carmen M                        Checking          243380875         $96.37

# Earnings Statement

Page 001 of 001
Period Beg/End: 06/09/2024 - 06/15/2024
Advice Date: 06/21/2024
Advice Number: 9781826510

Marmaxx Operating Corp
770 Cochituate Road
PO Box 9146
Framingham, MA 01701

Laufer, Carmen M
1325 Powell Ave
Erie, PA 16505

For inquiries on this statement please call: 508-390-1000
Total Hours Worked: 8.57
Basis of Pay: Hourly

| | Rate | Hours | This Period | YTD |
|---|---|---|---|---|
| **Earnings** | | | | |
| Holiday | | 0.00 | 0.00 | 101.92 |
| TJX Time Entry | 13.25 | 8.57 | 113.56 | 3737.62 |
| Gross Pay | | | 113.56 | 3839.54 |
| **Tax Deductions** | | | | |
| Federal Tax | | | 0.00 | 50.68 |
| Millcreek Township | | | 0.57 | 19.19 |
| OPT Summit Twp | | | 1.00 | 24.00 |
| PA SD Millcreek | | | 0.57 | 19.19 |
| PA Unemployment | | | 0.08 | 2.69 |
| Social Security | | | 7.04 | 238.05 |
| Medicare | | | 1.64 | 55.67 |
| PA State Tax | | | 3.49 | 117.89 |
| Total Tax Deductions | | | 14.39 | 527.36 |

| | This Period | YTD |
|---|---|---|
| **Additional Deductions** | | |
| United Way | 0.00 | 10.00 |
| Total Deductions | 0.00 | 10.00 |
| **Net Pay** | 99.17 | 3302.18 |

| Benefit Time | Balance | Use By |
|---|---|---|
| Vacation Hrs | 0.00 | 20-NOV-24 |
| Floating/Personal Hrs | 12.00 | 20-NOV-24 |
| Sick Hrs | 0.00 | |
| QTD Benefits Avg Hrs | 14.67 | |

*Excluded from taxable wages

© 2002 AutomaticData Processing (PCSV/O)

Marmaxx Operating Corp
770 Cochituate Road
PO Box 9146
Framingham, MA 01701

Advice Number: 9781826510
Advice Date: 06/21/2024



| Deposited to the account of | Account Number | Transit ABA | Amount |
|---|---|---|---|
| Laufer, Carmen M | Checking | 243380875 | $99.17 |

CO          000000-000000
PCSH31

Cost Center 3121

**TJX | Marshalls.**
Marmaxx Operating Corp
770 Cochituate Road
PO Box 9146
Framingham, MA 01701

# Earnings Statement

Page 001 of 001
Period Beg/End: 06/16/2024 - 06/22/2024
Advice Date: 06/28/2024
Advice Number: 9877813175

Laufer, Carmen M
1325 Powell Ave
Erie, PA 16505

**For inquiries on this statement please call: 508-390-1000**
Total Hours Worked:    12.96
Basis of Pay:          Hourly

|  | Rate | Hours | This Period | YTD |
|---|---|---|---|---|
| **Earnings** | | | | |
| Holiday | | 0.00 | 0.00 | 101.92 |
| TJX Time Entry | 13.25 | 12.96 | 171.74 | 3909.36 |
| Gross Pay | | | 171.74 | 4011.28 |
| **Tax Deductions** | | | | |
| Federal Tax | | | 0.00 | 50.68 |
| Millcreek Township | | | 0.86 | 20.05 |
| OPT Summit Twp | | | 1.00 | 25.00 |
| PA SD Millcreek | | | 0.86 | 20.05 |
| PA Unemployment | | | 0.12 | 2.81 |
| Social Security | | | 10.65 | 248.70 |
| Medicare | | | 2.49 | 58.16 |
| PA State Tax | | | 5.27 | 123.16 |
| Total Tax Deductions | | | 21.25 | 548.61 |

|  | This Period | YTD |
|---|---|---|
| **Additional Deductions** | | |
| United Way | 0.00 | 10.00 |
| Total Deductions | 0.00 | 10.00 |
| Net Pay | 150.49 | 3452.67 |

| Benefit Time | Balance | Use By |
|---|---|---|
| Vacation Hrs | 0.00 | 20-NOV-24 |
| Floating/Personal Hrs | 12.00 | 20-NOV-24 |
| Sick Hrs | 0.00 | |
| QTD Benefits Avg Hrs | 14.53 | |

*Excluded from taxable wages

© 2002 Automatic Data Processing (PCSUVC)

**TJX | Marshalls.**
Marmaxx Operating Corp
770 Cochituate Road
PO Box 9146
Framingham, MA 01701

Advice Number: 9877813175
Advice Date: 06/28/2024

**THIS IS NOT A CHECK**

**Deposited to the account of**       Account Number       Transit ABA       Amount
Laufer, Carmen M                      Checking                              243380875         $150.49