**UNITED STATES BANKRUPTCY COURT**

**WESTERN DISTRICT OF PENNSYLVANIA**

**In RE:**

CARMEN M. LAUFER

**Debtor(s)**

**Chapter:** 13

**Claim Number:** 4

**Case Number:** 24-10354

**NOTICE OF CREDITOR CHANGE OF ADDRESS**

The creditor, **Goldman Sachs Bank, USA**, hereby requests a change to the address listed in the above-mentioned case.

Check which type of address change is being requested:

☐ Notice only ☑ Payment only ☐ Notice & Payment

**PAYMENT ADDRESS**

| FROM: | TO: |
| --- | --- |
| Goldman Sachs Bank, USA by AIS InfoSource, LP as Agent | Goldman Sachs Bank, USA by AIS InfoSource, LP as Agent |
| PO Box 4457 | PO Box 661380 |
| Houston, TX 77210-4457 | Dallas,TX 75266-1380 |

Date: 08/13/2026

/s/ Henry Makwana

Creditor's Authorized Agent for Goldman Sachs Bank, USA

**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

**In RE:**

**Chapter:** 13

CARMEN M. LAUFER

**Case Number:** 24-10354

**Debtor(s)**

## Certificate of Service

I certify that on 08/13/2026, I caused to be served a true and correct copy of the foregoing document by electronic mail or by first-class mail with postage prepaid on the following:

Via CM / ECF / NEF

Attorney for Debtor
DANIEL P FOSTER
DAN@MRDEBTBUSTER.COM

Trustee
RONDA J. WINNECOUR
cmecf@chapter13trusteewdpa.com

/s/ Henry Makwana

Henry Makwana
AIS InfoSource, LP
4515 N Santa Fe Ave.
Oklahoma City, OK 73118
877-893-8820
POC_AIS@aisinfo.com